**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00450-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  WILLIAM I. WILSON,

    Defendant.

## ORDER RELEASING GRAND JURY MATERIAL

**Blackburn, J.**

    The matter before me is the **Government's Motion To Disclose Grand Jury Material To Defendant** [#3] filed November 5, 2008. After reviewing the motion and the file, the court has concluded that the motion should be granted and that grand jury testimony and exhibits should be released to defendant and his counsel.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Government's Motion To Disclose Grand Jury Material To Defendant** [#3] filed November 5, 2008, is **GRANTED**;

    2. That grand jury testimony and grand jury exhibits and other materials may be disclosed to defendant and his attorney in the course of discovery in this case;

    3. That such materials shall only be used in defending this case;

    4. That such materials are disclosed only to the defendant and his attorney;

    5. That the defendant's attorney shall maintain custody of such materials, and

shall not reproduce or disseminate the same; and

6. That such materials shall be returned to the United States at the end of the case.

Dated November 5, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**