# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 08-cr-00450-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIAM ISMAEL WILSON,

    Defendant.

## ORDER GRANTING MOTION TO
## CONSOLIDATE FOR PURPOSES OF PLEA AND SETTING

**Blackburn, J.**

The matter before me is defendant's unopposed motion to consolidate for purposes of plea and setting [#13] filed November 17, 2008.[1] Defendant's motion implicates this criminal case and 08-cr-00263-MSK. Having conferred with Chief Judge Daniel and Judge Krieger, I grant the motion.

**THEREFORE, IT IS ORDERED** as follows:

1. That defendant's unopposed motion to consolidate for purposes of plea and setting [#13] filed November 17, 2008, is **GRANTED**; and

2. That Criminal Case No. 08-cr-00450-REB is **TRANSFERRED** to the Honorable Marcia S. Krieger, United States District Judge for the District of Colorado.

---

[1] Defendant's motion, which I construe as a motion to transfer, is part of defendant's **Notice of Disposition And Motion To Consolidate for Purposes of Plea and Setting** [#13] filed November 17, 2008.

Dated November 18, 2008, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge