# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | **CRIMINAL ACTION** |
| v. ) | |
| ) | **No. 08-cr-450-KHV** |
| **WILLIAM I. WILSON,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

## ORDER AND ORDER TO SHOW CAUSE

This matter is before the Court on defense counsel's Motion For Clarification (Doc. #182) filed November 29, 2010. Mr. Gainor asks the Court to clarify whether defendant has waived his pro se status in this case and whether counsel is formally ordered to assume representation as lead counsel.[1] Defendant has not expressed to the Court any concern about his continued willingness and ability to represent himself at trial on January 3, 2011. The Court believes that defendant would benefit from professional representation, however, and directs defendant to show cause in writing no later than December 6, 2010, why Mr. Gainor should not be designated as lead counsel. Mr. Gainor will not be directed to assume the role of lead counsel, however, if a change in his role would occasion any delay of trial.

**IT IS THEREFORE ORDERED** that defense counsel's Motion For Clarification (Doc. #182)

---

[1] Counsel states that in Case No. 08-263, the Court found that defendant had waived his pro se status and appointed Mr. Gainor as lead counsel for the remainder of trial. The Court's ruling that defendant had waived his pro se status was based on defendant's absence from trial and inability to prepare for closing argument and the jury instruction conference. During the limited proceedings held in defendant's absence (the jury instruction conference and juror inquiry about their availability the following week), Mr. Gainor acted as lead counsel based on defendant's waiver of his pro se status. After Deputy United States Marshals located defendant, defendant stated that he wanted Mr. Gainor to take over as lead counsel and the Court approved that request. For the remainder of trial, Mr. Gainor acted as lead counsel at defendant's request.

filed November 29, 2010 be and hereby is **SUSTAINED**. **On or before December 6, 2010, defendant shall show cause in writing why Mr. Gainor should not be designated as lead counsel.**

Dated this 1st day of December, 2010, at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge
