**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

UNITED STATES OF AMERICA,                          )
                                                   )
                       Plaintiff,                  )          **CRIMINAL ACTION**
v.                                                 )
                                                   )          **No. 08-450-KHV**
WILLIAM I. WILSON,                                 )
                                                   )
                       Defendant.                  )
_____)

### ORDER

     The parties shall comply with the following trial-related deadlines and procedures:

     1.    **Pretrial Motions Including Motions In Limine**: All pretrial motions including motions in limine shall be filed no later than December 22, 2010.  All responses to timely filed pretrial motions shall be filed by December 28, 2010.  Any replies in support of pretrial motions shall be filed by December 30, 2010.

     2.    **Witness Lists**: On or before December 30, 2010, each party shall submit a "will call" witness list with the name and address of each witness that will be called and a "may call" witness list with the name and address of each witness that may be called.

     3.    **Trial**: Trial is set for January 3, 2011 at 9:30 a.m. in courtroom A702.

     4.    **Voir Dire**: Following questions by the Court, each party will be permitted to question the jury panel for 20 minutes.

     5.    Opening and closing statements shall be limited to 30 minutes.

     **IT IS SO ORDERED**.

Dated this 15th day of December, 2010, at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge