**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

UNITED STATES OF AMERICA,       )

       )

       **Plaintiff,**       )       **CRIMINAL ACTION**

**v.**       )

       )       **No. 08-cr-450-KHV**

WILLIAM WILSON,       )

       )

       **Defendant.**       )

       )

## ORDER

On April 19, 2011, on motion of defendant, the Court vacated defendant's plea of guilty. This matter is hereby set for a trial by jury on Monday, June 6, 2011 at 10:00 a.m. in Courtroom A702 of the Alfred A. Arraj United States Courthouse. The parties shall comply with the following trial-related deadlines and procedures:

1.      **Motions Hearing**: At the time of defendant's plea of guilty on December 27, 2010, the deadline for filing pretrial motions had expired. A motions hearing is hereby set for May 5, 2011 at 3:30 p.m, immediately after the sentencing in United States v. Wilson, No. 08-cr-263-KHV. At the motions hearing, the Court will address defendant's Motion For Order To Compel The Government To Return Properties Illegally Confiscated On November 10, 2010 (Doc. #188) filed December 7, 2010 and defendant's Motion In Limine (Doc. #200) filed December 14, 2010.

2.      **Witness Lists**: On or before May 31, 2011, each party shall submit a "will call" witness list with the name and address of each witness that will be called and a "may call" witness list with the name and address of each witness that may be called.

3.      **Voir Dire**: Following questions by the Court, each party will be permitted to question the jury panel for 20 minutes.

4.      Opening and closing statements shall be limited to 30 minutes.

5.      **Motions To Continue Trial**: Any motion to continue trial shall set forth specific information so that the Court can ascertain whether a continuance is warranted under the Speedy Trial Act, 18 U.S.C. §§ 3161-74.[1]

---

[1]      In particular, any motion to continue shall include the following information:

a. Prior Motions To Continue.  The motion shall set forth any prior motions to continue. The motion shall also state whether defendant or the government has received any extensions of time on account of motions which other parties filed, or on account of sua sponte action by the court.

b. Reasons For Continuance.  The motion shall explain in detail why mere occurrence of the event identified as necessitating the continuance results in need for additional time.

c.   The motion must show specifically how failure to grant the continuance will prejudice that party's position at trial, would be likely to make a continuation of such proceeding impossible or otherwise result in a miscarriage of justice.   18 U.S.C. § 3161(h)(7)(B)(i).

d. The motion shall state whether the case should be or has been designated as complex. 18 U.S.C. § 3161(h)(7)(B)(ii).  In cases which are not so unusual or so complex to fall within 18 U.S.C. § 3161(h)(7)(B)(ii), the motion should address whether the failure to grant a continuance would deny the defendant reasonable time to obtain counsel, would unreasonably deny the defendant or the government continuity of counsel, or would deny counsel for the defendant or government counsel the reasonable time necessary for effective preparation.

e. Any motion must demonstrate whether counsel and/or the pro se party has exercised due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

f.   Press of other business ordinarily is insufficient to justify an ends-of-justice continuance.  A motion based in whole or in part on press of other business must specifically address whether the case could be tried by other counsel in the same office and how much trial preparation designated counsel has already completed.

g. The motion must state the position of all counsel of record and pro se parties.

h. The motion must state whether defendant has been consulted personally, has been advised of his rights under the Speedy Trial Act and whether defendant consents to the motion.

(continued...)

**IT IS SO ORDERED**.

Dated this 20th day of April, 2011, at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge

---

[1](...continued)

i. The movant must submit a proposed order which includes detailed findings under 18 U.S.C. § 3161(h)(7). Short, conclusory statements which largely only repeat the statutory language and lack factual detail are insufficient.