# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | **CRIMINAL ACTION** |
| **v.** ) | |
| ) | **No. 08-cr-450-KHV** |
| **WILLIAM WILSON,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

On April 20, 2011, the Court re-set this matter for a trial by jury on Monday, June 6, 2011.[1] The trial date of Wednesday, July 6, 2011 shall remain as an alternate, back-up date in the event that the Court sustains a motion to continue which shows that a continuance to July 6, 2011 would not be inconsistent with the deadlines in the Speedy Trial Act, 18 U.S.C. § 3161.

**IT IS SO ORDERED.**

Dated this 21st day of April, 2011, at Kansas City, Kansas.

s/ Kathryn H. Vratil<br>
KATHRYN H. VRATIL<br>
United States District Judge

---

[1] Based on government counsel's calculation of the deadline under the Speedy Trial Act, i.e. 47 days of non-excludable time remains, the Court re-scheduled trial in this matter for June 6, 2011. Government counsel announced this calculation at a hearing on August 13, 2010 and included the same calculation in the government's motion to continue (Doc. #178) filed July 20, 2010. The Court has assumed that all pending motions will be resolved at or before the motions hearing on May 5, 2011.